IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Reply to be filed by Monday, 10/1/12.

| | |
|---|---|
| APPALSEED PRODUCTIONS, INC., d/b/a APPALSONGS; CHARLES LLOYD, Individually, and d/b/a FOREST FARM MUSIC; DARIUS BROOKS d/b/a FROM D's PEN; DAVID HOFFNER d/b/a FIELDS OF AUTUMN PUBLISHING; JOE HILL MUSIC, LLC, d/b/a JOE HILL MUSIC; LAURENCE WEISS d/b/a RHINESTONE COWBOY MUSIC CO.; MARK FARNER d/b/a CRAM RENRAFF COMPANY; and R GANT MUSIC GROUP, INCORPORATED, d/b/a HELLO DARLIN' MUSIC, | Case No. 3:11-0681<br><br>Judge Trauger<br><br>Magistrate Judge Knowles |
| Plaintiffs, | |
| v. | |
| ESCAPE MEDIA GROUP, INC., | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT ESCAPE MEDIA GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW the Plaintiffs, by and through counsel, and pursuant to Local Rule 7.01, and respectfully request this Court grant Plaintiffs leave to file a reply brief to Defendants' opposition to the pending motion for voluntary dismissal without prejudice, to allow Plaintiffs to respond to the arguments raised and requested conditions sought by Defendant. Plaintiffs are able to file said reply by Monday, October 1, pending Court approval.

WHEREFORE, for the reasons stated herein, Plaintiffs request this Court grant them leave to file a reply to Defendant's opposition to voluntary dismissal without prejudice.