IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APPALSEED PRODUCTIONS, INC., d/b/a Appalsongs, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil No. 3:11-0681 Judge Trauger |
| ESCAPE MEDIA GROUP, INC., ) ) | |
| Defendant. ) | |

## O R D E R

The Plaintiffs' Motion For Voluntary Dismissal Without Prejudice (Docket No. 28), to which the defendant has filed a Response (Docket No. 29), and the plaintiffs have filed a Reply (Docket No. 32), is **GRANTED**. It is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2), Fed. R. Civ. P.

It is so **ORDERED**.

ENTER this 2nd day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge